UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 06-71

UNITED STATES OF AMERICA,                                            PLAINTIFF

v.                                          **ORDER**

HOLLY GEORGE HAWKINS and
SONIA RUBIO,                                                         DEFENDANTS

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

This matter is before the Court upon the Defendants' Motion to Suppress [DE #30 and #32] and the Report and Recommendation [DE #36] made by the United States Magistrate Judge. The Court conducted a *de novo* review of the Magistrate Judge's findings and opinion.

IT IS HEREBY ORDERED that

   (1)   the Magistrate Judge's report and recommendation [DE #36] is ADOPTED as and for the opinion of the Court;

   (2)   the Motion to Suppress is DENIED.

In addition to regular service by mail, a copy of this Order shall be transmitted forthwith to counsel of record by facsimile or by electronic filing.

This the 28th day of July, 2006.

Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**